IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| Collective Shared Services, LLC | * |
| Plaintiff, | * |
| v. | * |
| CPDA Canvass Network, LLC | * Civil Action No. 8:20-cv-01804-GJH |
| and | * |
| Center for Popular Democracy Action Fund, Inc., | * |
| Defendants. | * |

**PLAINTIFF'S DISCLOSURE OF AFFILIATIONS
AND FINANCIAL INTEREST
PURSUANT TO LOCAL RULE 103.3**

Pursuant to Local Rule 103.3, Plaintiff Collective Shared Services, LLC hereby states that:

(1) Collective Shared Services, LLC is a Delaware single-member limited liability company.

(2) Collective Shared Services' sole member is Melvin Duane Stillwell, a citizen and resident of Maryland.

(3) The business entity other than the parties that may have any financial interest in the outcome of the litigation is Center for Popular Democracy, a sister nonprofit organization of Defendant Center for Popular Democracy Action Fund, Inc., a

New York not for profit corporation, which, on information and belief, shares office space, staff and other resources with Defendant Center for Popular Democracy Action Fund, Inc.

Dated:  July 8, 2020              Respectfully submitted,


   /s/ Joseph E. Sandler

Joseph E. Sandler
Mark Lancaster
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W  Suite 750
Washington, D.C. 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
sandler@sandlerreiff.com
lancaster@sandlerreiff.com

Attorneys for Collective Shared Services, LLC


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2020 the foregoing Plaintiff's Disclosure of Affiliations and Financial Interest Pursuant to Local Rule 103.3  was filed electronically through the Court's CM/ECF system which caused electronic copies to be served on all counsel of record.


/s/  Joseph E. Sandler

Joseph E. Sandler

Counsel for Plaintiff