IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

_____

COLLECTIVE SHARED SERVICES, LLC,  \*
\*
    Plaintiff,  \*
\*
v.  \* Civil Action No. 8:20-cv-01804-AAQ
\*
CPDA CANVASS NETWORK, LLC, *et al*.,  \* (consolidated with
\*Case No. 8:19-cv-01208)
    Defendants  \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JOINT STATUS REPORT**

Pursuant to the Court's Order of May 7, 2025 [ECF No. 33], the parties wish to update the Court concerning the status of this matter.

The payroll tax returns referred to in the Consent Motion filed on April 24, 2024 [ECF No. 31] were prepared during the stay of the case requested in that Motion. Subsequently, after further review, for legal reasons unrelated to this litigation, however, the prospective amended returns have not been filed with the IRS.

The parties, however, believe that they now have all the information needed to resume settlement discussions and are prepared to do so.

The parties respectfully request a period of forty-five days in which to conclude settlement discussions. The parties propose that, if no settlement is reached during that period, the parties would file a further Joint Status Report proposing a briefing schedule for filing by the parties of motions or cross-motions for summary judgment.

Accordingly, the parties respectfully request that the Court enter an Order (i) providing an additional forty-five days for settlement discussions and (ii) if no settlement has been concluded by that date, requiring the parties to file a further Joint Status Report proposing a schedule for briefing of a  summary judgment motion or motions.

Dated:  May 21, 2025                              Respectfully submitted,


/s/ Joseph E. Sandler                               /s/ P. Andrew Torrez
Joseph E. Sandler                                   P. Andrew Torrez
SANDLER REIFF LAMB ROSENSTEIN         THE LAW OFFICES OF P. ANDREW TORREZ
& BIRKENSTOCK, PC.
1620 I Street, N.W.   Suite 900               28 E. Susquehanna Ave., Suite 206
Washington, D.C. 20005                        Towson, MD 21286
Tel: (202) 479-1111  /202 607 0700         Tel: (240) 230-7309
sandler@sandlerreiff.com                      patorrez@patorrez.com


Counsel for Plaintiff                                Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2025,  the foregoing Joint Status Report was filed electronically through the Court's CM/ECF system which caused electronic copies to be served on all counsel of record.


                                                    /s/  Joseph E. Sandler

                                                    Joseph E. Sandler

                                                    Counsel for Plaintiff