IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

_____
| | |
|---|---|
| COLLECTIVE SHARED SERVICES, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 8:20-cv-01804-AAQ |
| | * |
| CPDA CANVASS NETWORK, LLC, *et al*., | * (consolidated with |
| | *Case No. 8:19-cv-01208) |
| Defendants | * |
| | * |

\* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 21, 2025 [ECF No. 35], the parties wish to update the Court concerning the status of this matter.

The parties have not been able to settle this matter.

Accordingly, the parties propose the following schedule for filing and briefing of dispositive motions:

Plaintiff to file its Motion for Summary Judgment by August 29, 2025

Defendant to file its Opposition and Cross-Motion (if any) by September 30, 2025

Plaintiff to file its Reply and (if applicable) Opposition to Defendant's Cross-Motion by October 14, 2025

Defendant to file Reply (if applicable) by October 28, 2025.

Dated:  July 10, 2025                                                Respectfully submitted,


./s/ Joseph E. Sandler                                  /s/ P. Andrew Torrez
Joseph E. Sandler                                       P. Andrew Torrez
SANDLER REIFF LAMB ROSENSTEIN                           THE LAW OFFICES OF P. ANDREW TORREZ
& BIRKENSTOCK, PC.
1620 I Street, N.W.   Suite 900                         28 E. Susquehanna Ave., Suite 206
Washington, D.C. 20005                                  Towson, MD 21286
Tel: (202) 479-1111  /202 607 0700                      Tel: (240) 230-7309
sandler@sandlerreiff.com                                patorrez@patorrez.com


Counsel for Plaintiff                                   Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July,  the foregoing Joint Status Report was filed electronically through the Court's CM/ECF system which caused electronic copies to be served on all counsel of record.


/s/  Joseph E. Sandler

Joseph E. Sandler

Counsel for Plaintiff