IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| COLLECTIVE SHARED SERVICES, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 8:20-cv-01804-AAQ |
| | : (consolidated with Case No. |
| CPDA CANVASS NETWORK, LLC, *et al.* | : 8:19-cv-01208) |
| | : |
| Defendants, | : |
| | : |

**CONSENT MOTION TO EXTEND TIME**

Defendants by and through their undersigned counsel, hereby respectfully request that this Court extend the briefing schedule in this case, ECF No. 37, by three weeks as follows:

- Defendant to file its Opposition and Cross-Motion (if any) by September 21, 2025
- Plaintiff to file its Reply and (if applicable) Opposition to Defendant's Cross-Motion by November 4, 2025
- Defendant to file Reply (if applicable) by November 18, 2025.

Plaintiff consents to the relief requested herein. This brief delay will not prejudice either party or meaningfully delay the court's schedule.

Respectfully submitted,

/s P. Andrew Torrez
P. Andrew Torrez
The Law Offices of P. Andrew Torrez, LLC
28 E. Susquehanna Ave.
Suite 206
(240) 230-7309
andrew.torrez@gmail.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2025, a copy of the foregoing Consent Motion to Extend Time was filed electronically via the Court's CM/ECF system, which caused electronic copies to be sent to all counsel of record.

/s P. Andrew Torrez
P. Andrew Torrez
Counsel for Defendants