IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

_____

COLLECTIVE SHARED SERVICES, LLC,   *
                                   *
    Plaintiff,                     *
                                   *
    v.                             * Civil Action No. 8:20-cv-01804-AAQ
                                   *
CPDA CANVASS NETWORK, LLC, *et al*., * (consolidated with
                                   *Case No. 8:19-cv-01208)
    Defendants                     *
                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ****

## **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Civil Local Rule 105(9), Plaintiff Collective Shared Services, LLC hereby requests an extension of time of fourteen days in which to file its Reply to Defendant's Opposition (ECF No. 43) to Plaintiff's Motion for Summary Judgment (ECF No. 39). Defendant CPDA Canvass Network, LLC has consented to the relief requested herein.

Currently, Plaintiff's Reply is due on November 4, 2025.  (Paperless Order, ECF No. 4)2. If this motion is granted, the Reply would be due on **November 18, 2025.**

Pursuant to Local Rule 105(1), a Proposed Order is attached.

Dated:  October 27, 2025           Respectfully submitted,

                                    /s/ Joseph E. Sandler____

                                   Joseph E. Sandler
                                   Bar No. 04324
                                   SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
                                   1620 I Street, N.W.
                                   Suite 900
                                   Washington, D.C. 20006

Telephone: (202) 479-1111
Fax: (202) 479-1115
sandler@sandlerreiff.com

Attorneys for Plaintiff/Counterclaim Defendant
Collective Shared Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2025, the foregoing Plaintiff's Motion for Extension of Time was filed electronically through the Court's CM/ECF system which caused electronic copies to be served on all counsel of record.

/s/ Joseph E. Sandler

Joseph E. Sandler

Counsel for Plaintiff